## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 24-cr-00172-APM** |
| | ) | |
| **DOMINIC JAKUBOWSKI,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## DEFENDANT DOMINIC JAKUBOWSKI MOTION TO MODIFY TERMS AND CONDITIONS OF PROBATION

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Dominic Jakubowski, by and through his undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of probation imposed by this Court as to allow for overnight travel to Wyoming, Michigan from September 7, 2024, to September 8, 2024, for the purposes of attending a previously booked Gunshow Expo as part of Mr. Jakubowski's job.

On September 3, 2024, Mr. Jakubowski made a request with his Probation Officer to attend the Gunshow Expo in Wyoming, Michigan.  Because the Gunshow Expo is roughly a 4-hour drive directly, Mr. Jakubowski requested to stay in Wyoming, Michigan overnight.  The Probation Officer denied the travel request.

On August 29, 2024, Mr. Jakubowski was sentenced to twenty-four months of probation with the first sixty days to be served on home detention. *See* 08/29/2024 Minute Entry.

During the sentencing, the Court noted that Mr. Jakubowski would be confined to his home for the first sixty days of probation except for a few exceptions, one being for purposes of employment.

Prior to sentencing, not knowing he would be placed on sixty days home detention,  Mr. Jakubowski reserved a table at the Gunshow Expo to sell antique firearms. If Mr. Jakubowski is unable to attend he will forfeit the fee he paid and will suffer a financial hardship.

If allowed by this Court to travel overnight, for purposes of his employment, Mr. Jakubowski will provide all travel-related information in advance to his Probation officer prior to departure.

Dated: September 4, 2024       Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*